IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHRYN J. ROHDE**<br>*Plaintiff,*<br><br>v.<br><br>**UNITARIAN UNIVERSALIST ASSOCIATION et al.**<br>*Defendants.* | Civil No. 23-5047 |

# ORDER

**AND NOW**, this 11th day of July, 2025, upon consideration of Defendants Unitarian Universalist Association, Unitarian Service Pension Society, and Rev. Dr. Sarah Lammert's Motion to Dismiss (ECF No. 15, ECF No. 16), Plaintiff's Response, and Defendants' Reply, it is hereby **ORDERED** that Defendants' motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' motion is **GRANTED** as to Counts I, II, and VI. Plaintiff's claims for Defamation, Invasion of Privacy – False Light, and Tortious Interference with Contract are **DISMISSED** without prejudice.

2. Defendants' motion is **GRANTED IN PART** and **DENIED IN PART** as to Count III, Breach of Contract against Defendant Unitarian Universalist Association. The portion of Count III related to the Association's decision to remove Plaintiff from Fellowship and its alleged failures to follow procedure are **DISMISSED** without prejudice. The motion is **DENIED** as to the portion of Count III related to Plaintiff's retirement benefits.

3. Defendants' motion is **DENIED** as to Count IV, Breach of Contract against Defendant Unitarian Service Pension Society, and Count V, Promissory Estoppel.

**IT IS FURTHER ORDERED** that Plaintiff may file an Amended Complaint consistent with the Court's Memorandum no later than July 25, 2025.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge