IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN J. ROHDE<br>    *Plaintiff,*<br><br>    v.<br><br>UNITARIAN UNIVERSALIST<br>ASSOCIATION et al.<br>    *Defendants*. | Civil No. 23-5047 |

### ORDER

**AND NOW**, this 6th day of August, 2025, upon review of the parties' request for referral to a magistrate judge, it is hereby **ORDERED** that this case is referred to Magistrate Judge José R. Arteaga for a settlement conference. Counsel for the parties shall contact Judge Arteaga's Chambers to schedule the settlement conference.

**IT IS FURTHER ORDERED** that (1) Defendant's deadline to answer or otherwise respond to the Complaint is stayed, and (2) the parties shall file a joint status report by November 4, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge