IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN J. ROHDE | : | |
| *Plaintiff,* | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO. 23-5047** |
| | : | |
| UNITARIAN UNIVERSALIST | : | |
| ASSOCIATION, *et al.* | : | |
| *Defendants.* | : | |

**SETTLEMENT CONFERENCE ORDER**

A settlement conference will be held on **Tuesday, November 18, 2025**, at **9:30 A.M.** before the Honorable José Raúl Arteaga, United States Magistrate Judge, via Zoom. A link will be provided at a later date.

**BEFORE THE CONFERENCE:**

1. Plaintiff(s) must make an updated, precise, and specific written settlement demand, inclusive of all attorney's fees, costs, and damages, on or before **October 28, 2025**. A copy of the demand shall be submitted to chambers by letter or email.

2. Defendant(s) must make an updated, precise, and specific written settlement offer on or before **November 4, 2025**. A copy of the offer shall be submitted to chambers by letter or email.

3. Counsel for all parties must submit the attached summary and their **confidential** case summary to [Chambers_of_Magistrate_Judge_Arteaga@paed.uscourts.gov](mailto:Chambers_of_Magistrate_Judge_Arteaga@paed.uscourts.gov) on or before **November 4, 2025**. The summary should be **no more than five pages in length, single spaced**.

4. Counsel shall submit a joint letter setting forth the most recent settlement positions of the parties on or before **November 12, 2025**.

5. The summary may include key summary expert reports, policy language excerpts, photographs, sketches, diagrams, charts, etc. Only attach excerpts which are most relevant to the claims at issue. Relevant

      portions must be highlighted. **<u>Attachments must be no more than 30 pages in total</u>** and separated with labeled divider pages. Judge Arteaga may require hard copies of lengthy materials.

6.     If settlement is not a real possibility (*e.g.*, if defendant will not make an offer or will offer only nuisance value), counsel shall promptly notify the Court by email or letter.

7.     If requested by counsel, Judge Arteaga is available for *ex-parte* Zoom conferences before the scheduled settlement conference date. Please contact chambers to arrange a pre-conference video call.

**AT THE CONFERENCE**:

8.     Judge Arteaga requires a principal for each party with an interest in the case who has full and complete settlement authority to be present (either on the Zoom, or in person, as applicable) for the entire duration of the conference. If a party requires approval by an insurer to settle, a representative of the insurer with full and complete settlement authority must be present in addition to the relevant party principal.[1]

**BY THE COURT:**

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*

Date: September 30, 2025

---

[1] Having a client with settlement authority available by telephone is not an acceptable alternative unless compelling circumstances exist and there is prior approval from Judge Arteaga (*e.g.*, client is located in another state). If a conference must be adjourned or continued to allow a party to obtain additional settlement authority, that party may incur sanctions, including, but not limited to, payment of the opposing party's attorney's fees resulting from a need to resume the conference at a later date.

**SETTLEMENT CONFERENCE SUMMARY**[2]

**CAPTION:** _____
**DISTRICT COURT JUDGE:** _____
**TRIAL POOL DATE:** _____          JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**
Name:        _____
Address:     _____
Cell Phone:  _____
Client:      _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:** Individual with full and complete settlement authority who will be present for the entire duration of the settlement conference (include company and position where applicable):

_____
_____
_____

**CURRENT DEMAND/OFFER:**
    **PLAINTIFF(S):** _____
    _____

    **DEFENDANT(S):** _____
    _____

**IDENTIFY PENDING MOTIONS:**
    _____
    _____

**OTHER RELEVANT MATTERS (include details regarding any outstanding liens):**
    _____
    _____
    _____

**ATTACH CASE SYNOPSIS** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **IS STRICTLY LIMITED TO NO MORE THAN FIVE PAGES, SINGLE SPACED.**)

    The synopsis may include key summary expert reports, policy language excerpts, photographs, sketches, diagrams, charts, etc. Only attach excerpts which are most relevant to the claims at issue. Relevant portions must be highlighted. Attachments must be **no more than 30 pages** and separated with labeled divider pages. Judge Arteaga may require hard copies of lengthy materials.

---

[2] Counsel shall familiarize themselves with Judge Arteaga's policies and procedures at https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/artpol.pdf.