### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN J. ROHDE** | : | |
| *Plaintiff,* | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 23-5047** |
| | : | |
| **UNITARIAN UNIVERSALIST** | : | |
| **ASSOCIATION**, *et al.* | : | |
| *Defendants.* | : | |

### <u>AMENDED SETTLEMENT CONFERENCE ORDER</u>

A settlement conference will be held on <u>**Monday, November 24, 2025**</u>, at <u>**9:30 A.M.**</u>

before the Honorable José Raúl Arteaga, United States Magistrate Judge, via Zoom. A link

will be provided at a later date.

**BEFORE THE CONFERENCE:**

1. Plaintiff(s) must make an updated, precise, and specific written settlement demand, inclusive of all attorney's fees, costs, and damages, on or before **November 3, 2025**. A copy of the demand shall be submitted to chambers by letter or email.

2. Defendant(s) must make an updated, precise, and specific written settlement offer on or before **November 10, 2025**.  A copy of the offer shall be submitted to chambers by letter or email.

3. Counsel for all parties must submit the attached summary and their **confidential** case summary to Chambers_of_Magistrate_Judge_Arteaga@paed.uscourts.gov    on   or before **November 10, 2025**.  The summary should be **no more than five pages in length, single spaced**.

4. Counsel shall submit a joint letter setting forth the most recent settlement positions of the parties on or before **November 17, 2025**.

5. The summary may include key summary expert reports, policy language excerpts, photographs, sketches, diagrams, charts, etc.  Only attach excerpts which are most relevant to the claims at issue. Relevant

portions must be highlighted. **<u>Attachments must be no more than 30 pages in total</u>** and separated with labeled divider pages. Judge Arteaga may require hard copies of lengthy materials.

6. If settlement is not a real possibility (*e.g.*, if defendant will not make an offer or will offer only nuisance value), counsel shall promptly notify the Court by email or letter.

7. If requested by counsel, Judge Arteaga is available for *ex-parte* Zoom conferences before the scheduled settlement conference date. Please contact chambers to arrange a pre-conference video call.

**AT THE CONFERENCE**:

8. Judge Arteaga requires a principal for each party with an interest in the case who has full and complete settlement authority to be present (either on the Zoom, or in person, as applicable) for the entire duration of the conference. If a party requires approval by an insurer to settle, a representative of the insurer with full and complete settlement authority must be present in addition to the relevant party principal.[1]

**BY THE COURT:**

_____
**HON. JOSÉ RAÚL ARTEAGA**
***United States Magistrate Judge***
***Eastern District of Pennsylvania***

Date: October 9, 2025

---

[1] Having a client with settlement authority available by telephone is not an acceptable alternative unless compelling circumstances exist and there is prior approval from Judge Arteaga (*e.g.*, client is located in another state). If a conference must be adjourned or continued to allow a party to obtain additional settlement authority, that party may incur sanctions, including, but not limited to, payment of the opposing party's attorney's fees resulting from a need to resume the conference at a later date.

<u>**SETTLEMENT CONFERENCE SUMMARY**</u>[2]

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____

**TRIAL POOL DATE:** _____    JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

Name:          _____

Address:       _____

Cell Phone:    _____

Client:        _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:** Individual with full and complete settlement authority who will be present for the entire duration of the settlement conference (include company and position where applicable):

_____

_____

_____

**CURRENT DEMAND/OFFER:**

    **PLAINTIFF(S):** _____

_____

    **DEFENDANT(S):** _____

_____

**IDENTIFY PENDING MOTIONS:**

_____

_____

**OTHER RELEVANT MATTERS (include details regarding any outstanding liens):**

_____

_____

_____

**ATTACH CASE SYNOPSIS** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **IS STRICTLY LIMITED TO NO MORE THAN FIVE PAGES, SINGLE SPACED.**)

The synopsis may include key summary expert reports, policy language excerpts, photographs, sketches, diagrams, charts, etc. Only attach excerpts which are most relevant to the claims at issue. Relevant portions must be highlighted. Attachments must be **no more than 30 pages** and separated with labeled divider pages. Judge Arteaga may require hard copies of lengthy materials.

---

[2] Counsel shall familiarize themselves with Judge Arteaga's policies and procedures at https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/artpol.pdf.